# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Evidence P20026162<br>described more fully in Attachment A | )<br>)<br>) Case No. 4:20-mj-00068-SAO<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of ____Alaska____ *(identify the person or describe property to be searched and give its location)*:

Evidence P20026162 is currently stored in the Anchorage FBI Evidence Control Center located in Anchorage, Alaska.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, incorporated here by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __49__ U.S.C. § __46306(b)(4)__, and the application is based on these facts:

SEE ATTACHED AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A WARRANT TO SEARCH AND TO SEIZE

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

SA Baron H. Lambert, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 17, 2020

*Judge's signature*

City and state: Fairbanks, AK

HONORABLE SCOTT A. ORAVEC
*Printed name and title* U.S. Magistrate Judge